**Rodney McDonald WILLIAMS, Jr., Petitioner–Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Respondent–Appellee.**

No. 15–7034.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 23, 2015.

Rodney McDonald Williams, Jr., Appellant Pro Se.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney McDonald Williams appeals the district court's order dismissing without prejudice his complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*